# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DANGELO LEWIS**　　　　　　　　　　　　　　　　　　　　　　PETITIONER

v.　　　　　　　　　　No. 3:21-cv-251-DPM

**MARTY BYRD, Sheriff, and**
**STATE OF ARKANSAS**　　　　　　　　　　　　　　　　　　RESPONDENTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 2*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis' § 2241 petition will be dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 January 2022