IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANGELO LEWIS                                                    PETITIONER

v.                          No. 3:21-cv-251-DPM

MARTY BYRD, Sheriff, and
STATE OF ARKANSAS                                               RESPONDENTS

## JUDGMENT

Lewis' petition is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 January 2022